IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MAKUSHA GOZO | § | |
| VS. | § | CIVIL ACTION NO.   1:23-CV-2 |
| ATTORNEY GENERAL, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Makusha Gozo, a former prisoner, proceeding *pro se* and *in forms pauperis*, filed this civil rights action pursuant to *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

The Court referred this matter to United States Magistrate Judge Christine L. Stetson for consideration pursuant to applicable laws and orders of this Court.  On November 30, 2023, the magistrate judge recommended dismissing the action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) due to Plaintiff's failure to comply with an order to file an amended pleading on a form complaint.  Plaintiff was later granted an extension of time through February 1, 2024, in which to comply with the order.  To date, Plaintiff has not submitted an amended pleading, and the parties have not filed objections to the report.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence.  Proper notice was given to Plaintiff at his last known address.  *See* FED. R. CIV. P. 5(b)(2)(C).  After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge [Dkt. 21] is ADOPTED. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED this 11th day of March, 2024.**

Michael J. Truncale
United States District Judge